UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| In Re: | CASE NO. 15-33742 |
|---|---|
| Kenneth E White<br>Leah L White | CHAPTER 13 |
| | JUDGE ALAN C. STOUT |
| Debtors | **(6616 Rebecca Lane, Louisville, KY 40258)** |

## CERTIFICATE OF NON-COMPLIANCE

Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT gives Notice that Debtor defaulted on the agreed terms of payment contained in the Agreed Order on Motion for Relief From Stay entered herein on October 5, 2016. The Affidavit of Default is attached hereto. Pursuant to said Agreed Order this Certificate of Non-Compliance will be effective to grant Creditor final relief from the automatic stay and no further Order will be filed.

Respectfully submitted,
Clunk, Paisley, Hoose Co., LPA

/S/ LeAnn E. Covey
LeAnn E. Covey (#97423) - Ext. 2263
4500 Courthouse Blvd.
Suite 400
Stow, OH  44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@cphlpa.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2017, a copy of Certificate of Non-Compliance was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Julie Ann O'Bryan

William Lawrence

Office of the U.S. Trustee

and on the following by **ordinary U.S. mail** addressed to:

Kenneth E White
6616 Rebecca Lane
Louisville, KY  40258

Leah L White
6616 Rebecca Lane
Louisville, KY  40258

                                            **/S/ LeAnn E. Covey**
                                            LeAnn E. Covey, Esquire